Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-375-137**

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 14, 2023

## Title

| | |
|---|---|
| Title of Work: | Mind Games of Ozzy |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | November 24, 2011 |
| Nation of 1st Publication: | Russia |

## Author

| | |
|---|---|
| Author: | Andrey Prokhorov |
| Pseudonym: | Andy Prokh |
| Author Created: | photograph |
| Citizen of: | Russia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Andrey Prokhorov |
| | Prospekt Prosveshcheniya, 30/3, apt. 159, Saint Petersburg, 194358, Russia |

## Rights and Permissions

| | |
|---|---|
| Name: | Andrey Prokhorov |
| Email: | pro_andy@mail.ru |
| Address: | Prospekt Prosveshcheniya |
| | 30/3, apt. 159 |
| | Saint Petersburg 194358 Russia |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2

